THE STATE OF OHIO, APPELLEE, *v.* BUSKEY, APPELLANT.

[Cite as *State v. Buskey* (1996), 76 Ohio St.3d 23.]

(No. 95–1996—Submitted June 5, 1996—Decided July 3, 1996.)

*Michael Miller,* Franklin County Prosecuting Attorney, and *Katherine Press,* Assistant Prosecuting Attorney, for appellee.

*Judith M. Stevenson,* Franklin County Public Defender, and *Paul Skendelas,* Assistant Public Defender, for appellant.

The judgment of the court of appeals, upholding the constitutionality of R.C. 2925.03(M) and 4507.16(D)(2), is affirmed on the authority of *State v. Thompkins* (1996), 75 Ohio St.3d 558, 664 N.E.2d 926.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.